United States Courts
Southern District of Texas
FILED
November 19, 2025
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. **4:25-cr-629** |
| § | |
| **STAVROS DIONNE ALEXCEE** § | |
| **Defendant.** § | |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE
### (Conspiracy to Possess With Intent to Distribute Controlled Substance)

Between on or about February 11, 2025, and continuing thereafter until on or about August 26, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant**,

**STAVROS DIONNE ALEXCEE,**

did knowingly and intentionally conspire and agree with others known and unknown to the Grand Jury, to possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(ii).

## COUNT TWO
### (Possession With Intent to Distribute Controlled Substance)

On or about June 25, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant**,

**STAVROS DIONNE ALEXCEE,**

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 500 grams or more of a mixture and substance containing a

detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

## COUNT THREE
### (Possession With Intent to Distribute Controlled Substance)

On or about July 25, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant**,

**STAVROS DIONNE ALEXCEE,**

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

## COUNT FOUR
### (Possession With Intent to Distribute Controlled Substance)

On or about August 26, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant**,

**STAVROS DIONNE ALEXCEE,**

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

## NOTICE OF CRIMINAL FORFEITURE
### (21 U.S.C. § 853(a))

Pursuant to Title 21, United States Code, Section 853(a), the United States of America gives notice to **Defendants**,

**STAVROS DIONNE ALEXCEE,**

that upon conviction of an offense in violation of Title 21, United States Code, §§ 841 or 846, the following is subject to forfeiture:

1. all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and
2. all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

A TRUE BILL:

Original Signature on File
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*Leo J. Leo, III*
LEO J. LEO, III
Assistant United States Attorney

3